## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RODNEY BLAND, )<br>　　　　Plaintiff, )<br>vs. )<br> )<br>HC BECK and )<br>RENTAL SERVICE CORPORATION, )<br> )<br>　　　　Defendants, )<br>vs. )<br> )<br>AHAL CONTRACTING CO., INC., )<br> )<br>　　　　Third-Party Defendant. ) | Case No. 4:05-CV-01205-SNL |

### ORDER

For the reasons assigned in the Verified Motion for Admission Pro Hac Vice filed by Barry W. McCormick, it appearing that the requirement of Rule 12 of the local rules of the United States District Court for the Eastern District have been met, it is

ORDERED that the Motion for Admission *Pro Hac Vice* is granted.

It is further

ORDERED that Barry W. McCormick, who is an attorney in good standing of all bars of which he is a member, is admitted to practice in this Court for the counsel for defendant Ahal Contracting Co., Inc. for purposes of the above-captioned case, subject to the requirements and conditions of the rules of this Court.

IT IS SO ORDERED.

Date: 1/17/06

_____
United States District Court Judge